NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORO HERRERA,<br><br>  Plaintiffs,<br>vs.<br><br>GRUMA CORPORATION, et al.,<br><br>  Defendants. | Case No. 2:19-cv-10613 MWF (JCx)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL; ORDER DENYING MOTIONS WITHOUT PREJUDICE**<br><br>Action Filed:  October 8, 2019 |

The Court has reviewed the Parties' Notice of Settlement and Joint Stipulation for Continued Briefing Schedule and Hearing Dates on Defendant's Motion to Dismiss, Compel Arbitration and Stay, and Plaintiff's Motion to Remand, and ORDERS:

1. In light of the parties' Notice of Settlement, the Court sets a hearing on ORDER TO SHOW CAUSE Re Dismissal for **July 20, 2020 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearances will be required.

2. Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6), to Compel Arbitration and to Stay Action (Docket No. 8), and Plaintiffs' Motion to Remand Action to Los Angeles Superior Court (Docket No. 12), are DENIED without prejudice.

Dated:  May 19, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge