JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORO HERRERA, as an individual and on behalf of all other aggrieved employees,<br><br>    Plaintiffs,<br>    vs.<br><br>GRUMA CORPORATION, a Nevada Corporation; and DOES 1 through 100,<br><br>    Defendants. | Case No. 2:19-cv-10613 MWF (JCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS**<br><br>Action Filed:  October 8, 2019 |

**ORDER**

GOOD CAUSE APPEARING pursuant to the Parties' Joint Stipulation to Dismiss With Prejudice, THE FOLLOWING IS HEREBY ORDERED:

1. the above-entitled matter is hereby dismissed with prejudice as to Plaintiff and without prejudice as to the State of California, each party to bear their own fees and costs, and judgment entered thereon.

December 29, 2020
Dated

HON. MICHAEL W. FITZGERALD
JUDGE OF THE UNITED STATES
DISTRICT COURT

1          ] ORDER GRANTING JOINT
           STIPULATION TO DISMISS

1721737.1